NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Maria Marchiol,<br><br>   Movant/Defendant,<br><br>v.<br><br>United States of America,<br><br>   Respondent/Plaintiff. | No. CV-16-02235-PHX-SRB<br>CR-13-01391-PHX-SRB<br><br>**ORDER** |

  Movant, Tanya Maria Marchiol, filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on July 7, 2016. The United States filed its response in opposition on September 15, 2016. Movant filed a reply on October 27, 2016.

  The Magistrate Judge filed his Report and Recommendation on February 13, 2017 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 9)

**IT IS FURTHER ORDERED** denying Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255. (Doc. 1)

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 7th day of March, 2017.

_____
Susan R. Bolton
United States District Judge